FILED

05/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0009

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0009

_____

MONTANA BOARD OF INVESTMENTS,

     Petitioner and Appellant,

    v.                                                                                              O R D E R

GLACIER VENTURE FUND MANAGER
LIMITED PARTNERSHIP,

     Respondent and Appellee.

_____

On March 11, 2022, the mediator for this appeal filed a report stating that the case has settled. However, the parties requested until April 25, 2022, to file further stipulations. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 4 2022